— Order affirmed, with ten dollars costs and disbursements. All concurred, except Kellogg, J., who dissented.

William A. Davidson v. Walter L. Osborne.— Motion denied.

Harvey D. Hinman, Respondent, v. Willis Sharp Kilmer and Binghamton Press Company, Appellants.— Appeal withdrawn.

Clarence Hammond, Respondent, v. Union Bag and Paper Company, Appellant.— Motion denied.

In the Matter of the Judicial Settlement of the Account of Proceeding of Elmer Rose, Administrator, etc., of the Estate of Peter Rose, Deceased. And in the Matter of the Appeal of Said Elmer Rose as Such Administrator from Part of Decree and Decision of the Surrogate's Court of the County of Rensselaer, N. Y., Allowing Claim of J. A. Sipperly for Legal Services, etc.— Motion to dismiss denied, provided the appellant serves a notice of appeal on the next of kin and files a proper bond under section 2577* to perfect his appeal within ten days, and pays respondent ten dollars costs of this motion within ten days after service of the order of this court on appellant's attorney. Otherwise motion granted, with ten dollars costs to respondent.

In the Matter of the Judicial Settlement of the Accounts of Susie Merrill and Diar Baker, as Administrators, etc., of Orson A. Van Alstine, Deceased. — A decision having been handed down by this court on the 27th day of June, 1912, and upon notice of an application to make findings and allow costs, thereby modifying said decision, it is ordered that said decision be amended and modified by allowing to the special guardian costs of the appeal to be taxed to be paid out of the fund belonging to Clara Van Alstine and Lulu Van Alstine, and by adding thereto the four findings of fact attached to the notice of motion herein. The following findings of fact are reversed so far as they are in conflict herewith, to wit: The second, twelfth, thirteenth, fourteenth and fifteenth. All concurred, except Houghton, J., who dissented; Lyon, J., not sitting.

The Onondaga County Savings Bank, Respondent, v. Emma A. Robinson, as Trustee for Lucius Robinson and Emma Robinson Wyckoff, Impleaded with Emma Robinson Wyckoff and William H. Miller, Appellants. (No. 1.)— Order affirmed, with ten dollars costs and disbursements, with leave to demurring defendants to withdraw demurrer and answer within twenty days from service on their attorney of copy of this order, upon payment of costs of this appeal and of ten dollars costs of the motion below. All concurred.

The Onondaga County Savings Bank, Respondent, v. Emma A. Robinson, as Trustee for Lucius Robinson and Emma Robinson Wyckoff, Impleaded with Emma Robinson Wyckoff and William H. Miller, Appellants. (No. 2.)— Order affirmed, with ten dollars costs and disbursements, with leave to demurring defendants to withdraw demurrer and answer within twenty days from service on their attorney of copy of this order, upon payment of costs of this appeal and of ten dollars costs of the motion below. All concurred.

---

* See Code Civ. Proc. § 2577.— [REP.